The other applications for leave to appeal (*Steanhouse* Docket No. 152671 and *Masroor* Docket Nos. 152871-3) remain pending.

*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered May 25, 2016:*

PERKOVIC V ZURICH AMERICAN INSURANCE COMPANY, No. 152484; reported below: 312 Mich App 244. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff, or someone on his behalf, satisfied the notice requirements of MCL 500.3145(1). The parties should not submit mere restatements of their application papers.

NIKOLA V MIC GENERAL INSURANCE COMPANY, No. 152535; reported below: 312 Mich App 374. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether an insured making a claim for underinsured motorist benefits may be considered to be a "third party tort claimant" under MCL 500.2006(4), thereby requiring the insurer to pay twelve percent interest for failing to pay the claim on a timely basis *only if* the claim "is not reasonably in dispute"; and (2) whether the Court of Appeals decision in this case is consistent with *Yaldo v North Pointe Ins Co*, 457 Mich 341 (1998), and *Griswold Props, LLC v Lexington Ins Co*, 276 Mich App 551 (2007). The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

*Leave to Appeal Denied May 25, 2016:*

PEOPLE V DOUGLAS, No. 150789; Court of Appeals No. 315027. On March 9, 2016, the Court heard oral argument on the application for leave to appeal the August 7, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court.

PEOPLE V GRANDERSON, No. 152150; Court of Appeals No. 321113.

PEOPLE V DANIELS, No. 152175; reported below: 311 Mich App 257.

PEOPLE V WATKINS, No. 152190; Court of Appeals No. 320318.

PEOPLE V JAMES HILL, No. 152581; Court of Appeals No. 328788.

PEOPLE V NASER, No. 152789; Court of Appeals No. 320388.

MEEMIC INSURANCE COMPANY V MICHIGAN MILLERS MUTUAL INSURANCE, No. 152793; reported below: 313 Mich App 94.

PEOPLE V ZABLOCKI, No. 153189; Court of Appeals No. 328152.